UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 16-80833-CIV-ROSENBERG/HOPKINS

JANET HOYT,

    Plaintiff,                              **FINAL ORDER OF DISMISSAL**

vs.

SUNSHINE RESTAURANT MERGER
SUB, LLC, d/b/a INTERNATIONAL
HOUSE OF PANCAKES 36-135,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Stipulation of Dismissal with Prejudice [D.E. 9] filed by the Parties. The Court has carefully reviewed the Stipulation and the entire Court file, and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1    The Stipulation of Dismissal with Prejudice [D.E. 9] filed by the Parties be, and the same is, approved, adopted, and ratified by the Court;

    2.    The above-styled cause be and the same is hereby **DISMISSED** with prejudice and this case **IS CLOSED**;

    3.    To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot; and

    4.    The Court reserves jurisdiction solely for the purpose of enforcing the terms of the Parties' Stipulation of Settlement, which has been filed with the Court.

    DONE AND ORDERED in Chambers at Fort Pierce, Florida, this 21st day of June, 2016.

                                                                                     _____
                                                                                     ROBIN L. ROSENBERG
Copies provided to counsel of record      UNITED STATES DISTRICT JUDGE